UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JUDITH SHEPHARD, individually and on behalf
of all others similarly situated,

                         Plaintiff,                  **ORDER**

    - against -                       No. 21-CV-5241 (CS)

AFFIRM, INC.,

                        Defendant.

-------------------------------------------------------------x

For the reasons stated on the record at the conference held today, Defendant's motion to compel arbitration is granted and this matter is hereby stayed pending arbitration. The Clerk of Court is respectfully directed to terminate the pending motion (ECF No. 15). Counsel for Defendant is directed to submit a joint status letter no later than November 18, 2022.

**SO ORDERED.**

Dated: May 18, 2022
      White Plains, New York

                                        _____
                                      CATHY SEIBEL, U.S.D.J.