

November 29, 2022

Arjun P. Rao
Direct Dial: 310.556.5822
Fax: 310.556.5959
arao@stroock.com

**VIA ECF**
Judge Cathy Seibel
U.S. District Court
Southern District of New York (White Plains)
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Shephard v. Affirm Holdings, Inc., No. 7:21-CV-05241 (CS)

Dear Judge Seibel:

Plaintiff Judith Shephard (the "Plaintiff"), jointly with Defendant Affirm, Inc. ("Affirm") (with Plaintiff, the "Parties") respectfully submit this joint status letter pursuant to the Court's Order dated May 18, 2022. (ECF Doc. No. 24).

On October 3, 2022 the Plaintiff filed a demand for arbitration with the American Arbitration Association (the "AAA"). The AAA subsequently appointed an arbitrator. A hearing date has not yet been set.

The Parties propose providing the Court with a supplemental status report by March 31 to provide a further update on the status of arbitration.

Respectfully,

*/s/ Arjun P. Rao*

Arjun P. Rao
New York Bar No. 5367966
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982


*Attorney for Defendant Affirm, Inc.*

**STROOCK & STROOCK & LAVAN LLP**  Los Angeles • New York • Miami • Washington, DC
2029 Century Park East – 18th Fl, Los Angeles, CA 90067-3086 • T. 310.556.5800 • F. 310.556.5959 • www.stroock.com

LA 52720506v1

Judge Cathy Seibel
November 29, 2022


<u>  /s/ Spencer Sheehan</u>
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104

*Attorney for Plaintiff Judith Shephard*

**STROOCK & STROOCK & LAVAN LLP**  Los Angeles • New York • Miami • Washington, DC
2029 Century Park East – 18th Fl, Los Angeles, CA 90067-3086 • T. 310.556.5800 • F. 310.556.5959 • www.stroock.com                2

LA 52720506v1